UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS WRAY, | ) | 1: 04CV F 5211 OWW DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | PURSUANT TO PLAINTIFF'S |
| v. | ) | NOTICE OF VOLUNTARY |
| | ) | DISMISSAL |
| S. SNOW, et al., | ) | (DOC # 7) |
| | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner and is proceeding pro se with a civil rights complaint and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

On May 10, 2005, plaintiff filed a document entitled "Motion to Dismiss" in which he states that he wishes to dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with the complaint, thus they have not filed an answer or other responsive pleading.

Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal and the Clerk of Court is directed to close the file in this action.

IT IS SO ORDERED.

1  **Dated:   May 24, 2006**                    **/s/ Oliver W. Wanger**
   emm0d6                                       UNITED STATES DISTRICT JUDGE